UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOHAMED HASHEM, individually, and ) <br> as an officer, director, shareholder, ) <br> member and/or principal of JOHN DOE ) <br> ENTITY d/b/a/ Capri the Food Island, ) <br> ) <br> Defendant. ) | No.:  3:20-CV-308-TAV-HBG |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously, plaintiff's Motion for Default Judgment [Doc. 11] is **GRANTED**. The Court hereby **ORDERS** that plaintiff recover from defendant Mohamed Hashem the total sum of $15,450 and post-judgment interest according to law from the date of this judgment until the amount is paid in full as detailed:

| Statutory Damages | Enhanced Damages | Attorneys' Fees | Costs | TOTAL |
|---|---|---|---|---|
| $3,700.00 | $9,250.00 | $1,500.00 | $1,000.00 | **$15,450.00** |

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    LeAnna R. Wilson
   CLERK OF COURT